IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr216-MHT |
| ANTHONY SANDERSON | ) | (WO) |

## ORDER

The court having been orally informed that defendant Anthony Sanderson's projected release date is imminent, and the court being of the opinion of special plans should be made because defendant Sanderson's release is so soon, it is ORDERED that a hearing to discuss what can be done to prepare defendant Anthony Sanderson for a successful return to the community is set for February 6, 2012, at 7:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

The clerk of the court is to arrange for the appointment of counsel for defendant Sanderson.

Defendant Sanderson, his attorney, the government's attorney, and the appropriate probation staff are all to be present.

DONE, this the 18th day of January, 2012.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**